McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00081-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 12) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from September 18, 2020 to October 19, 2020.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel needs additional time due to his current workload, including another district court brief due on September 20, 2020. In addition, counsel was on unanticipated medical leave on September 16, 2020.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

Stip. & Order for Ext.;   1:20-cv-00081-SKO        1

- Defendant shall respond to Plaintiff's opening brief on or before October 19, 2020;
- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before November 3, 2020).

Respectfully submitted,

Dated: September 17, 2020    */s/ Sharon E. Kelly*\*
(*as authorized via e-mail on 9/16/20)
SHARON E. KELLY
Attorney for Plaintiff

Dated:  September 17, 2020    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation (Doc. 12), IT IS HEREBY ORDERED that Defendant shall have until October 19, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **September 18, 2020**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE